

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 19-00949<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA the above process on the 30 day of April, 2019, at 12:48 o'clock, PM, at 15 CALN ROAD COATESVILLE, PA 19320, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age __31-35__  Height __5FT 4IN - 5FT 7IN__  Weight __171 LBS - 190 LBS__  Race __WHITE__  Sex __FEMALE__  Hair __BROWN__

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__            ) SS:
County of __Berks__                      )

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-188429
Case ID #:5506829

Subscribed and sworn to before me
this __2__ day of __May__, 20 __19__.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554