IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-949 |
| | : | |
| MECHELE L. MASTRIANIA | : | |

**ORDER**

AND NOW, this 31st day of May, 2019, upon consideration of Plaintiff's letter request for a continuance, it is ORDERED the hearing on Plaintiff's Motion for Default Judgment (Document 4) is CONTINUED to June 27, 2019, at 8:30 a.m. in Courtroom 14B.

It is further ORDERED Plaintiff shall serve a copy of the Motion for Default Judgment and this Order on Defendant by personal service at least one week prior to the hearing and shall file proof of service with the Court. Defendant is advised failure to attend the hearing or otherwise contest the Motion for Default Judgment may result in entry of a default judgment against the Defendant.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.