

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-00949

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER & JUDGEMENT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA the above process on the 11 day of June, 2019, at 11:36 o'clock, A M, at 15 S Caln Rd Coatesville, PA 19320 2402, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JUSTIN AXE
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 41-45  Height 5FT 8IN - 5FT 11IN  Weight 171 LBS - 190 LBS  Race WHITE  Sex MALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _PA_
County of _Berks_  ) SS:
)

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-188429
Case ID #:5538129

Subscribed and sworn to before me this _12_ day of _June_, 20_19_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554