UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA<br><br>Defendant(s) | CIVIL NO. 19-00949 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2(c)(2)

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

| | |
|---|---|
| (X) | Personal Service by the Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified mail by Rebecca A. Solarz (original green Postal return receipt attached). |
| ( ) | Certified mail by Sheriff's Office. |
| ( ) | Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached). |
| ( ) | Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached). |
| ( ) | Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record. |

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

| | |
|---|---|
| ( ) | Premises was posted by Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Sheriff's Office (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached). |

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

V.

**MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA; et al.**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 19-00949

Sheriff's Sale Date: 10/8/19

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, ERIC M. AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MECHELLE L. MASTRIANIA A/K/A MECHELLE MASTRIANIA the above process on the 8 day of July, 2019, at 10:30 o'clock, A M, at 15 S Caln Rd Coatesville, PA 19320 2402, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JUSTIN AXE
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 31-35  Height 5'10"  Weight 180  Race WHITE  Sex MALE  Hair BROWN
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of __PA__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared ___Eric M Afflerbach___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-188429
Case ID #: 5566478

Subscribed and sworn to before me
this __9__ day of __July__, 20__19__.

_____ Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | MASTRIANIA, MECHELLE L. 9 Middle Street Pomeroy, PA 19367 | | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF CHESTER COUNTY 117 West Gay Street PO Box 2748 West Chester, PA 19380 | | TENANTS / OCCUPANTS 9 Middle Street Pomeroy, PA 19367 | | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building PO Box 8018 Harrisburg, PA 17105 | | Mastriania, Mechelle P.O. Box 215 Pomeroy, PA 19367 | | | | | | | | | |
| 4. | | LVNV Funding LLC, c/o Edwin A. Abrahasen & Associates PC 120 N. Keyser Avenue Scranton, PA 18504 | | Mastriania, Mechelle 15 S Cain Road Coatesville, PA 19320 | | | | | | | | | |
| 5. | | Sadsbury Township 2920 Lincoln Hwy Sadsburyville, PA 19369 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

[Postmark: U.S.P.S. CONTINENTAL STATION, JUL 8 2019, PHILA, PA 19106]

[Postage meter: U.S. POSTAGE >> PITNEY BOWES, ZIP 19106, 02 1W, 0001403708 JUL. 08. 2019, $ 003.12]

See Privacy Act Statement on Reverse

**Total Number of Pieces Listed by Sender:** 8

**Total Number of Pieces Received at Post Office:**

**Postmaster, Per (Name of receiving employee):** NOS- Kim Brumbil

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

USA-188429   Chester County Sale Date: 10/08/2019

MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>8560-1 | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703997552582<br>9171999991703997552582 | Mastrianla, Mechelle<br>15 S Cain Road<br>Coatesville, PA 19320 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997552599<br>9171999991703997552599 | Mastrianla, Mechelle<br>P.O. Box 215<br>Pomeroy, PA 19367 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997552605<br>9171999991703997552605 | MASTRIANIA, MECHELLE L.<br>9 Middle Street<br>Pomeroy, PA 19367 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.11<br>2.11 | 14.55<br>14.55 | | | 16.67<br>16.67 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR   Return Receipt





UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                        Plaintiff<br><br>vs.<br><br>MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA<br><br>                                        Defendant(s) | CIVIL NO. 19-00949 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

  The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    9 Middle Street
    Pomeroy, PA 19367

1. Name and address of Owner(s) or Reputed Owner(s):

    MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA
    9 Middle Street
    Pomeroy, PA 19367

    Mechelle L. Mastriania
    P.O. Box 215
    Pomeroy, PA 19367

    Mechelle L. Mastriania
    15 S Caln Road
    Coatesville, PA 19320

2. Name and address of Defendant(s) in the judgment:

    MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA
    9 Middle Street
    Pomeroy, PA 19367

    Mechelle L. Mastriania
    P.O. Box 215
    Pomeroy, PA 19367

    Mechelle L. Mastriania
    15 S Caln Road
    Coatesville, PA 19320

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>DOMESTIC RELATIONS OF CHESTER COUNTY
>117 West Gay Street
>PO Box 2748
>West Chester, PA 19380
>
>PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
>PO Box 8018
>Harrisburg, PA 17105
>
>LVNV Funding LLC,
>c/o Edwin A. Abrahasen & Associates PC
>120 N. Keyser Avenue
>Scranton, PA 18504
>
>Sadsbury Township
>2920 Lincoln Hwy
>Sadsburyville, PA 19369

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>TENANTS / OCCUPANTS
>9 Middle Street
>Pomeroy, PA 19367

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: August 16, 2019

                                            KML Law Group, P.C.
                                            BY: Rebecca A. Solarz, Esq.
                                            Attorney for Plaintiff