**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-00949 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mechelle L. Mastriania a/k/a Mechelle Mastriania | US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mechelle L. Mastriania a/k/a Mechelle Mastriania

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
9 Middle Street Pomeroy, PA 19367

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                                Fold

Signature of Attorney other Originator requesting service on behalf of  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* — Total Process: 1 — District of Origin: No. 66 — District to Serve: No. 66 — Signature of Authorized USMS Deputy or Clerk: *Joseph John* — Date: 10/8/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10-8-19   Time: 11:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy  0683

PARKING 1.00
68 RT Miles @ .58 = 39.44

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| PARKING 1.00 | 39.44 | — | 40.44 | — | 40.44 |

REMARKS

US Marshals Sale of premises known as 9 Middle Street Pomeroy, PA 19367  Sale was held at the Chester County Courthouse, 201 West Market Street, West Chester, PA 19382
3-8-19 Property Sold to CASHNOW LLC, winning Bid $19,000.00  (AX)

**DISTRIBUTE TO:**
1. CLERK OF THE COURT *Escrow check deposit in the*
2. USMS RECORD  *amount of $2,500.*
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13