## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

MECHELLE L. MASTRIANIA a/k/a
MECHELLE MASTRIANIA
        Defendants

Civil Action No: 19-00949

## ORDER

AND NOW, this 9th day of March, 2020, upon consideration of Plaintiffs Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on October 08, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Cash Now LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA in and to the premises sold located at 9 Middle Street, Pomeroy, PA 19367.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                              Juan R. Sánchez, C.J.