# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff<br><br>vs.<br><br>MECHELLE L. MASTRIANIA a/k/a MECHELLE MASTRIANIA<br><br>           Defendant(s) | CIVIL NO. 19-00949 |

## ORDER

**AND NOW**, this day 30th of July, 2020, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting Plaintiff's Motion for Default Judgment, providing for sale of the Property located at 9 Middle Street Pomeroy, PA 19367 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS ORDERED** the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

/s/ Juan R. Sánchez
_____
                                        C.J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>MECHELLE L. MASTRIANIA a/k/a<br>MECHELLE MASTRIANIA<br><br>                    Defendant(s) | CIVIL NO. 19-00949 |

**A.  SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser  Cash Now LLC: $19,000.00

Amount of cash received ............................................................... $19,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A02426 .................................................... $19,000.00

                                                KML Law Group, P.C.

                                                By: /s/Rebecca A. Solarz, Esq.
                                                Rebecca A. Solarz, Esquire
                                                Suite 5000 – BNY Independence Center
                                                701 Market Street
                                                Philadelphia, PA  19106-1532
                                                (215) 825-6327
                                                Original signature not required/electronic filing