**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>MECHELLE L. MASTRIANIA a/k/a<br>MECHELLE MASTRIANIA<br><br>　　　　　　　　Defendant(s) | CIVIL NO. 19-00949 |

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser  Cash Now LLC: $19,000.00

Amount of cash received ............................................................. $19,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A02426 .................................................... $19,000.00

　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　By: /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　(215) 825-6327
　　　　　　　　　　　　　　　　　　Original signature not required/electronic filing